UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN DALE GRATHWOL,<br>    Appellant,<br><br>v.<br><br>COASTAL CAROLINA DEVELOPERS, INC.,<br>B. LEON SKINNER, BLS LANDS, LLC,<br>WALTER T. WILSON and COSWALD, LLC.,<br>    Appellees. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:14-CV-82-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the the orders of the Bankruptcy Court in Adversary Proceedings 13-00023-8-SWH, 13-00024-8-SWH, and 13-00025-8-SWH dismissing the actions for lack of subject matter jurisdiction are AFFIRMED.

**This Judgment Filed and Entered on January 12, 2015, and Copies To:**

George Mason Oliver (via CM/ECF Notice of Electronic Filing)
David J. Haidt (via CM/ECF Notice of Electronic Filing)

DATE                                        JULIE A. RICHARDS, CLERK
January 12, 2015                            /s/ Susan K. Edwards
                                            (By) Susan K. Edwards, Deputy Clerk